

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00070-CV

Osbaldo Hurtado **AVALOS** and Antonio Hurtado, as assignees of Karla Flores Guevara,
Appellants

v.

## **LOYA INSURANCE COMPANY**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2016CVT001431 D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is
REVERSED and the cause is REMANDED to the trial court for further proceedings consistent
with this court's opinion.

We order that appellants, Osbaldo Hurtado Avalos and Antonio Hurtado, as Assignees of
Karla Flores Guevara, recover their appellate costs, if any, from appellee, Loya Insurance
Company.

SIGNED July 25, 2018.

Marialyn Barnard, Justice